United States District Court
District of Connecticut

2014 AUG
U.S. DISTRICT COURT
NEW HAVEN, CT.

Kenya Brown
    Plaintiff

CASE NO:
3:13-CV-00902
(JBA)(JGM)

V.

Leo C. Arnone
    Defendant

July 20, 2014

## Motion To Compell

Pursuant to Local and Federal Rules of Civil procedure this plaintiff request order to be made in issuance to the defendants to compell the following documents:

1. DOC-Administrative directive dated prior to the year 6/30/2009, Document A.D. 10.7.

2. DOC-Administrative Directive 10.7 promulgated in the year 1993, allowing pornograph.

3. CT State regulation 18-81-28 thru 18-81-54

4. Chapter 54 of the Uniform Administrative-procedure Act.

5. DOC Document A.D. 10.7 promylated After 1993 to make A.D 10 on 6/30/2009. Valid certified by secretary of state. Copy 1993-2009.

As this case is related to the Classification in what justifies nudity and pornography, it is strongly to the belief, that the requested materials are directly involved and highly related to the case. This evidence requested of the defendants is not burdensome or overly broad, but necessary to prove the claims alleged in the complaint.

Plaintiff, in two attempts submitted request to the defendant. Both, attempts went unanswered. The last was dated June 18, 2014. Since defendant has ignored the plaintiff, refusing access to such crusal evidence necessary in the calculation of merit, and factual claims.

Therefore, plaintiff request order of the Court to be issued to defense (defendants) to compell a copy of A.D 10.7 prior to 6/30/2009; a copy of A.D. 10.7 promulgated in the year 1993; CT State Regulation 18-81-28 thru 18-81-54; And chapter 54 of the Uniform Administrative Procedures act; and copy of Certified approval by Secretary of state for revision of 10.7 A.D., as of 6/30/2009 (see Attached attempts to confer).

Kenya Brown 219191
Corrigan C.I
986 Norwich New London
Uncasville, CT 06382

<u>Certification</u>

According to F.R.C.P, Plaintiff, sent copy of this motion to defendant on July 20, 2014 @
Michael Martone
AAG.
110 Sherman Street
Hartford, CT 06105

*Kenya Brown*

June 18, 2014

Kenya Brown #219191
Corrigan C.I
986 Norwich New London
Uncasville, CT 06382

AAG Michael Martone
RE: Notice of Second Request before Compelling

I sent discovery Request For:
1. DOC Document A.D. 10.7 Prior to 6/30/2009
2. DOC A.D. 10.7 promulgated in 1993
3. DOC Document 10.7 promulgated after 1993 to Make A.D 10.7 on 6/30/2009 vaild, Certified by Secretary of State
4. CT State Regulation 18-81-28 thru 18-81-54
5. Chapter 54 of the Uniform Administrativ Procedure Act.

If You wish to further decline, please do so in writing as far as 5 days before filing motion to compell.

Thank You